<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7358**

———————

CHRISTOPHER MICHAEL PALMER,

Petitioner - Appellant,

versus

DOUG WADDINGTON,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-01-542-AM)

———————

Submitted: January 31, 2002        Decided: February 6, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Christopher Michael Palmer, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Michael Palmer appeals the district court's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) as time-barred under the Antiterrorism and Effective Death Penalty Act (AEDPA). We have reviewed the record and the district court's opinion and find no reversible error. See Hernandez v. Caldwell, 225 F.3d 435, 439 (4th Cir. 2000). Further, we conclude Palmer is not entitled to equitable tolling of the AEDPA's one-year limitations period. See Harris v. Hutchinson, 209 F.3d 325 (4th Cir. 2000). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED